UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN HEISTER CHRYSLER JEEP, LLC, HEISTER AUTOMOTIVE GROUP, INC. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **JUDGMENT** |
| GREENWICH INSURANCE COMPANY | ) | No. 5:17-CV-140-FL |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 8, 2017, and for the reasons set forth more specifically therein, defendant's motion for summary judgment is GRANTED.

**This Judgment Filed and Entered on December 8, 2017, and Copies To:**
Robert Anthony Buzzard (via CM/ECF Notice of Electronic Filing)
Eric A. Snider (via CM/ECF Notice of Electronic Filing)
Thomas M. Contois (via CM/ECF Notice of Electronic Filing)

December 8, 2017  PETER A. MOORE, JR.
　　　　　　　　　　　　　　/s/ Sandra K. Collins
　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk